IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Robert Reimer and Susan Reimer, individually and as husband and wife, Plaintiffs, | ) | Civ. No. ~~99-~~ 00-370 (ADM/RLE) |
| v. | ) | **ORDER** |
| City of Crookston and Crookston Public School District #593, and Johnson Controls, Inc., Defendants. | ) | |

Pursuant to the Stipulation between the parties, Plaintiffs Robert and Susan Reimer, Crookston Public School District #593 and City of Crookston, this Court hereby orders Plaintiffs' Motion to Amend the Complaint to add Johnson Controls, Inc., is hereby granted.

Date: 9/7/00

Raymond L. Erickson

FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______