IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Robert Reimer and Susan Reimer, individually and as husband and wife,

Plaintiffs,

v.

City of Crookston and Crookston Public School District #593, and Johnson Controls, Inc.,

Defendants.

**Civ. No. 00-370 (ADM/RLE)**

**ORDER**

Pursuant to the Stipulation between the parties, Plaintiffs Robert and Susan Reimer, Crookston Public School District #593, City of Crookston and Johnson Controls, Inc., it is hereby ordered that the Stipulation to Amend Complaint to add KRISS Premium Products, Inc. as a Defendant in this action is GRANTED.

Date: 1/12/01

Raymond L. Erickson

FILED JAN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

38