UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

Robert Reimer and Susan Reimer, individually, and as husband and wife,

Plaintiff,

vs.

ORDER

City of Crookston and Crookston Public School District #593, and Johnson Controls, Inc.,

Defendants.

Civ. No. 00-370 (ADM/RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 12th day of January, 2001.

* * *

This matter comes before the Court in order to correct an oversight with respect to the joinder of the Defendant Johnson Controls, Inc. ("Johnson Controls"). On July 6, 2000, the Plaintiff filed a Motion to joint Johnson Controls as an additional Defendant. A similar Motion was filed by the Defendant School District, which was to be heard at a Hearing on July 18, 2000. During a telephone conference of July 11, 2000, we granted the Motions subject to the filing of a Stipulation to that effect by the parties. On July 20, 2000, the Plaintiff and the Defendants filed a Stipulation for the joinder of Johnson Controls, which has

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

since been served, consistent with the Order of this Court, with an Amended Complaint in this matter. Through inadvertence, the Court failed to sign the Order appended to the Stipulation and, in order to clerically remove the pending Motions to join Johnson Controls from the Court's docket, and to rectify the prior inadvertence, we now issue our Order which, nunc pro tunc, reduces our oral grant of leave to join Johnson Controls to writing.

NOW, THEREFORE, It is --

ORDERED:

That, nunc pro tunc, the Plaintiff had leave to serve, and file, an Amended Complaint which names Johnson Controls, Inc., as an additional Defendant, as of July 11, 2000, and, therefore, the Clerk of Court should record that the Plaintiff's Motion to Amend [Docket No. 12], and the Defendant's Motion to Amend [Docket No. 13], had been granted upon the docketing of the parties' Stipulation to Amend Complaint.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE