# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert Reimer and Susan Reimer
individually and as husband and wife

Case No. Civil 00-370 ADM/RLE

v.

**JUDGMENT IN A CIVIL CASE**

City of Crookston,
Crookston Public School District $593,
Johnson Controls, Inc. and
KRISS Premium Products, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. City of Crookston's Motion for Summary Judgment is GRANTED.
2. Crookston Public School district No. 593's Motion for Summary Judgment is GRANTED.
3. Johnson, Controls, Inc's Motion for Summary Judgment is GRANTED. and
4. KRISS Premium Products, Inc.'s Motion for Summary Judgment is GRANTED.

DATE: January 16, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk