# UNI .D STATES COURT OF AF. .ALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
MAY - 5 2003
CLERK US DIST COURT

No. 02-1554

Robert Reimer, Susan Reimer, individually and as husband and wife,

Appellants,

vs.

City of Crookston, Crookston Public School District #593, Johnson Controls, Inc., KRISS Premium Products, Inc.,

Appellees.

Appeal from the United States District Court for the District of Minnesota

00-cv-370 ADM/RLE

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

April 8, 2003

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

84

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK