UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Reimer and Susan Reimer,

Plaintiffs, Civil 00-370 ADM/RLE

v.

City of Crookston,
Crookston Public School District #593,
Johnson Controls, Inc., and
KRISS Premium Products, Inc.

Defendants.

COST JUDGMENT

The costs of Defendant KRISS Premium Products, Inc. have been taxed and allowed by the Clerk of this Court against Plaintiffs Robert Reimer and Susan Reimer as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 2,071.90 | $ 2,071.90 |
| Fees for exemplification and copies | $ 80.00 | $ 80.00 |
| Other costs | $ 368.16 | $ 0.00 |
| TOTAL: | $ 2,520.06 | $ 2,151.90 |

Costs, therefore, are taxed in the sum of Two Thousand One Hundred Fifty-One Dollars and 90/100 ($2,151.90) in favor of Defendant KRISS Premium Products, Inc. and against Plaintiffs Robert and Susan Reimer and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 10, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti, Law Clerk

FILED JUL 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK