# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Robert & Susan Reimer,
Plaintiff,
v.

City of Crookston and Crookston Public School District No. 593,
Defendant.

**COURT MINUTES**
Case Number: 00-370

| | |
|---|---|
| Date: | April 19, 2004 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | 6 Hours |

Trial before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Paula Jossart
For Defendant: Mike Rengel for School District & John Hennen for City of Crookston

## PROCEEDINGS:

: **Jury Selection.**
: **JURY Trial - Began**.
: Jury impaneled (File list of jurors).
: Opening statements.
: **JURY Trial Held.**
: Plaintiff's witnesses: John King and Robert Reimer

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Gertie Simon
Signature of Courtroom Deputy