# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Robert Reimer & Susan Reimer,
Plaintiff,
v.

City of Crookston and Crookston Public School District No. 593,
Defendant.

**COURT MINUTES**
Case Number: 00-370(ADM/RLE)

Date: April 21, 2004
Court Reporter: Tim Willette
Time Commenced: 9:00 a.m.
Time Concluded: 5:00 p.m.
Time in Court: 6 Hours

Trial before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Paula Jossart
For Defendant: John Hennan for City and Mike Rengel for School District

## PROCEEDINGS:

: **JURY Trial Held.**
: Witnesses: Ray Nelson; Dennis Swenson; David Johnson

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Gertie Simon
Signature of Courtroom Deputy