# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Robert & Susan Reimer,
Plaintiff,
v.

City of Crookston & Crookston Public School District No. 593,
Defendant.

## COURT MINUTES
Case Number: 00-370(ADM/RLE)

| | |
|---|---|
| Date: | April 21, 2004 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 4:00 p.m. |
| Time in Court: | 6 Hours |

Trial before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Paula Jossart
For Defendant: Michael Rengel (School District) & John Hennen (City)

## PROCEEDINGS:
: **JURY Trial Held.**
: Witnesses: Ken Stromberg; William Brinkman; Larry Hanke; Marty Poferl; Betty Arvidson
: Plaintiff rests. : Defendant rests.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Gertie Simon
Signature of Courtroom Deputy