# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Robert & Susan Reimer,
Plaintiff,
v.

City of Crookston & Crookston Public School District,
Defendant.

**COURT MINUTES**
Case Number: 00-370(ADM/RLE)

| | |
|---|---|
| Date: | April 22, 2004 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 2:30 p.m. |
| Time in Court: | 2 Hours & 30 Minutes |

Trial before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Paula Jossart
For Defendant: Mike Rengel (School District) & John Hennan (City)

## PROCEEDINGS:

: **JURY Trial Held.**
: Closing arguments.
: Jury received case at 2:30 p.m.
: Jury returned at 5:00 p.m. without verdict. IT IS ORDERED: to separate and to return and resume deliberations on 9:00 a.m. on April 26, 2004.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Gertie Simon
Signature of Courtroom Deputy