# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Robert & Susan Reimer,
Plaintiff,
v.

City of Crookston and Crookston Public School District No. 593,
Defendant.

**COURT MINUTES**
Case Number: 00-370(ADM/RLE)

Date: April 26, 2004
Court Reporter: Tim Willette

Trial before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Paul Jossart
For Defendant: Mike Rengel (School District) & John Hennan (City)

PROCEEDINGS:
: Jury received case at 2:30 on April 22, 2004.
: Jury resumed deliberations on 9:00 a.m. on April 26, 2004.
: Verdict Rec'd at 11:30 a.m. on April 26, 2004. See Special Verdict form.

IT IS ORDERED: The jury and the parties are ordered to report back to court at 9:00 a.m. on April 27, 2004, for a trial on the damages phase of the case.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Gertie Simon
Signature of Courtroom Deputy