**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Reimer and Susan Reimer,
individually and as husband and wife,

Plaintiffs,

vs.

**JURY INSTRUCTIONS**
CIVIL NO. 00-370 ADM/RLE

City of Crookston and
Crookston Public School District #593,

Defendants.

---

Paula M. Jossart, Esq., Yaeger, Jungbauer, Barczak & Vucinovich, PLC, Minneapolis, MN, on behalf of Plaintiffs.

Michael T. Rengel, Esq., Pemberton, Sorlie, Rufer & Kershner, P.L.L.P., Fergus Falls, MN, on behalf of Defendant Crookston Public School District #593.

John E. Hennen, Esq., League of Minnesota Cities, St. Paul, MN, on behalf of Defendant City of Crookston.

---

Date: April 22, 2004

JURY INSTRUCTION NO. _____

Members of the jury, the instructions I gave at the beginning of the trial and during the trial remain in effect. I now give you some additional instructions.

You must, of course, continue to follow the instructions I gave you earlier, as well as those I give you now. This is true even though some of those I gave you at the beginning of trial are not repeated here.

The instructions I am about to give you now are in writing and will be available to you in the jury room. I emphasize, however, that this does not mean they are more important than my earlier instructions. Again, all instructions, whenever given and whether in writing or not, must be followed.

JURY INSTRUCTION NO. ____

Now that you have heard the evidence and the argument, it becomes my duty to give you the instructions of the Court as to the law applicable to this case.

It is your duty as jurors to follow the law as I shall state it to you, and to apply that law to the facts as you find them from the evidence in the case. You are not to single out one instruction alone as stating the law, but must consider the instructions as a whole. Neither are you to be concerned with the wisdom of any rule of law stated by me.

Counsel have quite properly referred to some of the governing rules of law in their arguments. If, however, any difference appears to you between the law as stated by counsel and that stated by the Court in these instructions, you are of course to be governed by the Court's instructions.

Nothing I say in these instructions is to be taken as an indication that I have any opinion about the facts of the case, or what that opinion is. It is not my function to determine the facts, but rather yours.

You must perform your duties as jurors without bias or prejudice as to any party. The law does not permit you to be governed by sympathy, prejudice or public opinion. All parties expect that you will carefully and impartially consider all of the evidence, follow the law as it is now being given to you, and reach a just verdict, regardless of the consequences.

JURY INSTRUCTION NO. ____

This case should be considered and decided by you as an action between persons of equal standing in the community, of equal worth, and holding the same or similar stations in life. A public entity is entitled to the same fair trial at your hands as a private individual. All parties stand equal before the law, and are to be dealt with as equals in a court of justice.

JURY INSTRUCTION NO. ____

You have been allowed to take notes during the course of the trial, and you may take these notes with you to the jury room. You should not consider these notes binding or conclusive, whether they are your notes or those of another juror. The notes should be used as an aid to your memory and not as a substitute for it. You should not give greater weight to a particular bit of evidence solely because it has been reduced to writing. I want to make clear to you that it is your recollection of the evidence which should control, and you should disregard anything contrary to your own recollection which may appear from your own notes or those of another juror.

JURY INSTRUCTION NO. _____

Statements and arguments of counsel are not evidence in the case. When, however, the attorneys on both sides stipulate or agree as to the existence of a fact, the jury must, unless otherwise instructed, accept the stipulation and regard that fact as proved.

Unless you are otherwise instructed, the evidence in the case always consists of the sworn testimony of the witnesses, regardless of who may have called them; and all exhibits received in evidence, regardless of who may have produced them; and all facts which may have been admitted or stipulated.

Any evidence as to which an objection was sustained by the Court, and any evidence ordered stricken by the Court, must be entirely disregarded.

JURY INSTRUCTION NO. ____

If a lawyer asks a witness a question which contains an assertion of fact, you may not consider the assertion as evidence of that fact. The lawyers' statements are not evidence.

If a lawyer says something about the law different from what I say, you must rely on what I say about the law.

JURY INSTRUCTION NO. ____

The burden is on the plaintiff in a civil action, such as this, to prove every essential element of the claim by a preponderance of the evidence. If the proof should fail to establish any essential element of plaintiff's claim by a preponderance of the evidence in the case, the jury should find for the defendant as to that claim.

To "establish by a preponderance of the evidence" means to prove that something is more likely so than not so. In other words, a preponderance of the evidence in the case means such evidence as, when considered and compared with that opposed to it, has more convincing force, and produces in your minds belief that what is sought to be proved is more likely true than not true. This rule does not, of course, require proof to an absolute certainty, since proof to an absolute certainty is seldom possible in any case.

In determining whether any fact in issue has been proved by a preponderance of the evidence in the case, the jury may, unless otherwise instructed, consider the testimony of all witnesses, regardless of who may have called them, and all exhibits received in evidence, regardless of who may have produced them.

JURY INSTRUCTION NO. ____

When I say in these instructions that a party has the burden of proof on any proposition, or use the expression "if you find," or "if you decide," I mean you must be persuaded, considering all the evidence in the case, that the proposition is more probably true that not true.

JURY INSTRUCTION NO. _____

Each defendant is entitled to a fair consideration of its own defense, and your decisions as to one defendant should not control as to the other defendant.

JURY INSTRUCTION NO. _____

There are, generally speaking, two types of evidence from which a jury may properly find the truth as to the facts of a case. One is direct evidence - such as the testimony of any eyewitness. The other is indirect or circumstantial evidence - the proof of a chain of circumstances pointing to the existence or non-existence of certain facts.

As a general rule, the law makes no distinction between direct or circumstantial evidence, but simply requires that the jury find the facts in accordance with the preponderance of all the evidence in the case, both direct and circumstantial.

JURY INSTRUCTION NO. _____

You are to consider only the evidence in the case. But in your consideration of the evidence you are not limited to the bald statements of the witnesses. In other words, you are not limited to what you see and hear as the witnesses testify. You are permitted to draw, from facts which you find have been proved, such reasonable inferences as seem justified in the light of your experience.

Inferences are deductions or conclusions which reason and common sense lead the jury to draw from facts which have been established by the evidence in the case.

Unless and until outweighed by evidence in the case to the contrary, you may find that official duty has been regularly performed; that private transactions have been fair and regular; that the ordinary course of business or employment has been followed; that things have happened according to the ordinary course of nature and the ordinary habits of life; and that the law has been obeyed.

You will make your decision based on what you recall of the evidence. You will not have a written transcript to consult.

JURY INSTRUCTION NO. _____

In deciding what the facts are, you may have to decide what testimony you believe and what testimony you do not believe. You may believe all of what a witness said, or only part of it, or none of it.

In deciding what testimony to believe, you may consider the witness' intelligence, the opportunity the witness had to have seen or heard the things testified about, the witness' memory, any motives that witness may have for testifying a certain way, the manner of the witness while testifying, whether that witness said something different at an earlier time, the general reasonableness of the testimony, and the extent to which the testimony is consistent with any evidence that you believe.

In deciding whether or not to believe a witness, keep in mind that people sometimes hear or see things differently and sometimes forget things. You need to consider therefore whether a contradiction is an innocent misrecollection or lapse of memory or an intentional falsehood, and that may depend on whether it has to do with an important fact or only a small detail.

JURY INSTRUCTION NO. _____

A witness may be discredited or impeached by contradictory evidence; or by evidence that at some other time the witness has said or done something, or has failed to say or do something which is inconsistent with the witness' present testimony.

If you believe any witness has been impeached and thus discredited, it is your exclusive province to give the testimony of that witness such credibility, if any, as you may think it deserves.

If a witness is shown knowingly to have testified falsely concerning any material matter, you have a right to distrust such witness's testimony in other particulars; and you may reject all the testimony of that witness or give it such credibility as you may think it deserves.

An act or omission is "knowingly" done, if voluntarily and intentionally, and not because of mistake or accident or other innocent reason.

JURY INSTRUCTION NO. _____

Evidence that at some other time a witness, not a party to this action, has said or done something which is inconsistent with the witness' testimony at the trial, may be considered for the sole purpose of judging the credibility of the witness but may never be considered as evidence of proof of the truth of any such statement.

Where, however, the witness is a party to the case, and by such statement, or other conduct, admits some fact or facts against his interest, then such statement or other conduct, if knowingly made or done, may be considered as evidence of the truth of the fact or facts so admitted by such party, as well as for the purpose of judging the credibility of the party as a witness.

An act or omission is "knowingly" done, if done voluntarily and intentionally, and not because of mistake or accident or other innocent reason.

JURY INSTRUCTION NO. _____

The law does not require any party to call as witnesses all persons who may have been present at any time of place involved in the case, or who may appear to have some knowledge of the matters in issue at this trial. Nor does the law require any party to produce as exhibits all papers and things mentioned in the evidence in the case.

If a party fails to produce evidence which is under his/her control and reasonably available to him/her and not reasonably available to the adverse party, then you may infer that the evidence is unfavorable to the party who could have produced it and did not.

JURY INSTRUCTION NO. _____

The rules of evidence ordinarily do not permit witnesses to testify as to opinions or conclusions. An exception to this rule exists as to those whom we call "expert witnesses." Witnesses who, by education and experience, have become expert in some art, science, profession, or calling, may state their opinions as to relevant and material matters, in which they profess to be expert, and may also state their reasons for the opinion.

You should consider each expert opinion received in evidence in this case, and give it such weight as you may think it deserves. If you should decide that the opinion of an expert witness is not based upon sufficient education and experience, or if you should conclude that the reasons given in support of the opinion are not sound, or if you feel that it is outweighed by other evidence, you may disregard the opinion entirely.

JURY INSTRUCTION NO. _____

You will be asked to answer “yes” or “no” to some questions on the verdict form.

The greater weight of the evidence must support a “yes” answer.

This means that all of the evidence, regardless of which party produced it, must lead you to believe that the claim is more likely true than not true.

Greater weight of the evidence does not necessarily mean the greater number of witnesses or the greater volume of evidence.

Any believable evidence may be enough to prove that a claim is more likely true than not.

JURY INSTRUCTION NO. ____

In considering your answer to Question 1 on the Special Verdict form, you are instructed that a "joint enterprise" exists when:

a. Two or more entities have a mutual understanding for a common purpose, and

b. Each has a right to a voice in the direction and control of the means used to carry it out.

JURY INSTRUCTION NO. _____

In answering Questions 2, 4 and 6 on the Special Verdict form, you are instructed that “reasonable care" is the care you would expect a reasonable person to use in the same or similar circumstances.

Negligence occurs when a person:

1. Does something a reasonable person would not do, or

2. Fails to do something a reasonable person would do.

JURY INSTRUCTION NO. ____

A person is entitled to assume that others will use reasonable care.

A person is also entitled to assume that others will obey the law.

However, a person is only entitled to assume that others will use reasonable care or will obey the law until it reasonably appears that they will not.

JURY INSTRUCTION NO. _____

The mere fact that an accident happened, standing alone, does not permit the jury to draw the inference that the accident was caused by anyone's negligence.

JURY INSTRUCTION NO. _____

An independent contractor agrees to work for an entity. The entity does not actually control, and does not have the right to control, how the independent contractor performs the work. This Court has made the determination that Plaintiff Robert Reimer was at all times material to this lawsuit an independent contractor, and an employee of Robert Gibb & Sons, Inc.

An employee is hired by an employer to perform work for him or her. The employer actually controls, and has the right to control, how the employee performs the work.

JURY INSTRUCTION NO. _____

An "entrant" is a person who enters or stays on the property of another and is not a trespasser.

A possessor of property has a duty to an entrant to use reasonable care to protect him or her from unreasonable risk of harm caused by the condition of the premises and known to the defendants.

An entrant on another's property has a duty to use reasonable care for his or her own safety while on the premises.

While a property owner or operator has a general duty of reasonable care for the safety of entrants on its property, the owner or operator is not an insurer or guarantor of an entrant’s safety. The general duty of reasonable care for the safety of entrants does not exist when the hazard is obvious or known to the entrant.

JURY INSTRUCTION NO. _____

You are instructed that the corroded nipple that caused the injury to Robert Reimer was open and obvious.

JURY INSTRUCTION NO. _____

Defendants Crookston Public School District No. 593 and City of Crookston claim that Plaintiff Robert Reimer did not use reasonable care for his own safety.

JURY INSTRUCTION NO. ____

Evidence of standards or custom is not conclusive. It is just one piece of evidence.

1. You may consider an industrial (or professional) standard to decide whether reasonable care was used.

2. You may consider what is usually done or customary in this industry (or profession) to decide whether reasonable care was used.

Consider this evidence along with all the other evidence when you decide if reasonable care was used.

JURY INSTRUCTION NO. _____

In answering questions 3, 5 and 7 of the Special Verdict form, you are instructed that a "direct cause" is a cause that had a substantial part in bringing about the incident.

There may be more than one direct cause of an incident. A "concurring cause" occurs when the effects of the negligence of each of two or more persons work at about the same time to cause the incident. If this occurs, each may be a direct cause of the accident.

However, a cause is not direct when there is a superseding cause. A cause is a "superseding cause" when four conditions are present:

1. It happened after the original negligence; and
2. It did not happen because of the original negligence; and
3. It changed the natural course of events and made the result different from what it would have been; and
4. The original wrongdoer could not have reasonably anticipated this event.

JURY INSTRUCTION NO. _____

In answering Question 8 on the Special Verdict form, you are instructed that if you find that Robert Reimer's total negligence is greater than 50%, then Robert and Susan Reimer will receive no damages.

If you find that Robert Reimer has a percent of negligence that is greater than any individual defendant, then Robert and Susan Reimer will not receive any damages from that defendant.

If you find that Robert Reimer's negligence is 50% or less, then the damages of Robert and Susan Reimer will be reduced by that percent.

This instruction is not meant to suggest that you should find anyone negligent. It is to tell you about the relationship between the percentage of negligence.

JURY INSTRUCTION NO. _____

There is no issue for you to decide regarding whether or not the School District complied with Minnesota Boiler Inspection.

JURY INSTRUCTION NO. _____

The verdict must represent the considered judgment of each juror. In order to return a verdict, it is necessary that each juror agree. Your verdict must be unanimous.

It is your duty, as jurors, to consult with one another, and to deliberate with a view to reaching an agreement, if you can do so without violence to individual judgment. You must each decide the case for yourself, but only after an impartial consideration of the evidence in the case with your fellow jurors. In the course of your deliberations, do not hesitate to reexamine your own views, and change your opinion, if convinced it is erroneous. But do not surrender your honest conviction as to the weight or effect of evidence, solely because of the opinion of your fellow jurors, or for the mere purpose of returning a verdict.

Remember at all times that you are not partisans. You are judges-judges of the facts. Your sole interest is to seek the truth from the evidence in the case.

JURY INSTRUCTION NO. ____

Upon retiring to the jury room, you will select one of your number to act as your presiding juror. The presiding juror will preside over your deliberations and will be your spokesperson here in Court. A form of special verdict has been prepared for your convenience. You will take this form to the jury room.

**(FORM OF SPECIAL VERDICT READ)**

You will note that each of the interrogatories or questions calls for a "Yes" or "No" answer. The answer to each question must be the unanimous answer of the jury. Your presiding juror will write the unanimous answer of the jury in the space provided opposite each question. As will all other questions, your answer to these questions must be the unanimous answer of the jury.

Your verdict must be based solely on the evidence and on the law which I have given to you in my instructions. Nothing I have said or done is intended to suggest what your verdict should be -- that is entirely for you to decide. You must not permit sympathy, prejudice, or emotion to influence your verdict.

After the jury has answered each of the questions asked, the presiding juror will date and sign the special verdict as so completed, and the jury will then return with it to the courtroom.

JURY INSTRUCTION NO. _____

If it becomes necessary during your deliberations to communicate with the Court, you may send a note by a court security officer, signed by your presiding juror or by one or more members of the jury. No member of the jury should ever attempt to communicate with the Court by any means other than a signed writing, and the Court will never communicate with any member of the jury on any subject touching the merits of the case otherwise than in writing, or orally here in open Court.

You will note from the oath about to be taken by the court security officers that they too, as well as all other persons, are forbidden to communicate in any way or manner with any member of the jury on any subject touching the merits of the case.

Bear in mind also that you are never to reveal to any person - not even to the Court - how the jury stands, numerically or otherwise, on the questions before you, until after you have reached a unanimous verdict.

JURY INSTRUCTION NO. _____

Your duty is to both the plaintiff and the defendant. They each have a right to expect that you will see that justice is done. Your responsibility should be borne courageously and without fear or favor. It is not an arbitrary power, but one that must be exercised with fairness, sincere judgment and sound discretion.

The final test of the quality of your service will lie in the verdict you return to the Court, not in the opinions any of you hold as you retire from the case. Remember, you are not partisans nor advocates but triers of fact.

Jury Instruction to be given at time verdict is returned

Members of the jury- you are instructed that our local rules of practice prohibit any attorney or investigator from questioning or interviewing you while you are still subject to recall as a juror. Please contact the jury office or my chambers if you feel this rule has been violated.

After you have completed your term of jury service, it is entirely a matter of your own discretion whether or not you chose to discuss this case. You are under no obligation whatsoever to discuss this case with any person including any member of the media.