# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Robert and Susan Reimer,
Plaintiff,

v.

Crookston Public School District No. 593,
Defendant.

## COURT MINUTES

Case Number: 00-370(ADM/RLE)

Date: April 27, 2004
Court Reporter: Tim Willette

Trial before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Paula Jossart
For Defendant: Michael Rengel (School District)

## PROCEEDINGS:

: **JURY Trial Held (on damages phase of case).**
: Plaintiff's witnesses: Robert Reimer, Susan Reimer and Dr. Solum
: Plaintiff rests. : Defendant rests.
: Closing arguments.
: Jury received case at 2:30 p.m. on April 27, 2004.
: Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on April 28, 2004.

## IT IS ORDERED:

: Oral motion for mistrial by defendant School District denied.
: Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Gertie Simon
Signature of Courtroom Deputy