# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Robert and Susan Reimer,
Plaintiff,
v.

Crookston Public School District No. 593,
Defendant.

**COURT MINUTES**
Case Number: 00-370(ADM/RLE)

Date: April 28, 2004
Court Reporter: Tim Willette

Trial before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Paul Jossart
For Defendant: Michael Rengel & Nicholas Heydt

## PROCEEDINGS:

: **JURY Trial Held.**
: Jury received case at 2:30 pm on April 27, 2004.
: Jury resumed deliberations at 9:00 a.m.on April 28, 2004.
: Verdict Rec'd at 9:50 a.m. on April 28, 2004. See Special Verdict Form.

## IT IS ORDERED:

: Clerk to file Verdict and enter Judgment.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Gertie Simon
Signature of Courtroom Deputy