UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-370 ADM/RLE

Robert Reimer and Susan Reimer,
individually and as husband and wife,

Plaintiffs,

vs.

**SPECIAL VERDICT**

City of Crookston and
Crookston Public School District #593,

Defendants.

---

We, the jury in the above-titled matter, find the following answers to the following questions submitted to us by the Court:

**QUESTION NO. 1**: Is the overall and routine maintenance, inspection or repair of the boiler at the swimming pool a joint enterprise between the City of Crookston and Crookston Public School District #593?

Yes _____ No __X__

**QUESTION NO. 2**: Was Plaintiff Robert Reimer negligent with regard to the incident on March 10, 1998?

Yes __X__ No _____

If your answer to Question 2 is No, go to Question 4.

**QUESTION NO. 3**: If your answer to Question 2 is Yes, answer this question: Was this negligence by Plaintiff Robert Reimer a direct cause of the March 10, 1998 incident?

Yes __X__ No _____

es.

APR 26 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**QUESTION NO. 4**: Was Defendant City of Crookston negligent with regard to the incident on March 10, 1998?

Yes _____ No __X__

If your answer to Question 4 is No, go to Question 6.

**QUESTION NO. 5**: If your answer to Question 4 is Yes, answer this question: Was this negligence by Defendant City of Crookston a direct cause of the March 10, 1998 incident?

Yes _____ No _____

**QUESTION NO. 6**: Was Defendant Public School District #593 negligent with regard to the incident on March 10, 1998?

Yes __X__ No _____

If your answer to Question 6 is No, go to Question 8.

**QUESTION NO. 7**: If your answer to Question 6 is Yes, answer this question: Was this negligence by Defendant Public School District #593 a direct cause of the March 10, 1998 incident?

Yes __X__ No _____

For only those parties you found were a direct cause of Plaintiff Robert Reimer's injuries – a "Yes" to Questions 3, 5 or 7, please complete a percentage for those parties listed below. That is, if you answered "No" to 3, 5 or 7 please do NOT complete a percentage related to that party:

**QUESTION NO. 8**: Taking all the fault that directly caused the Plaintiff's injuries as 100%, what percentage of fault do you attribute to each party:

| | | |
|---|---|---|
| 3. | Plaintiff Robert Reimer | 23 % |
| 5. | Defendant City of Crookston | 0 % |
| 7. | Defendant Public School District #593 | 77 % |

Total = 100%

[signature]
PRESIDING JUROR

Dated: 4/26/04