**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO. 00-370 ADM/RLE**

Robert Reimer and Susan Reimer,
individually and as husband and wife,

Plaintiffs,

vs. **SPECIAL VERDICT**

City of Crookston and
Crookston Public School District #593,

Defendants.

---

We, the jury in the above-titled matter, find the following answers to the following questions submitted to us by the Court:

**QUESTION NO. 1**: What amount of money will fairly and adequately compensate Robert Reimer for damages he experienced, as a result of the March 10, 1998 incident, up to the time of your verdict, in the following categories:

1. Past pain, disability, and emotional distress: $ 10,000,000
2. Past health care expenses: $ 768,869.12
3. Past loss of earnings: $ 125,000

**QUESTION NO. 2**: What amount of money will fairly and adequately compensate Robert Reimer for damages reasonably certain to occur in the future, as a result of the March 10, 1998 incident, in the following categories:

1. Future pain, disability, and emotional distress: $ 0
2. Future health care expenses: $ 1,250,000
3. Future loss of earning capacity: $ 0

**QUESTION NO. 3**: What amount of money will fairly and adequately compensate Susan Reimer for damages for the loss of Robert Reimer's services and companionship she would have received in the usual course of married life up to the date of trial?

$ 68,000

FILED APR 28 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**QUESTION NO. 4**: What amount of money will fairly and adequately compensate Susan Reimer for the value of Robert Reimer's services and companionship she is reasonably certain to lose in the future?

$ 0

[signature]
PRESIDING JUROR

Dated: 4/28/04