# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Robert Reimer, et ux., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: Civ. 00-370(ADM/RLE) |
| | ) | Date: May 11, 2004 |
| City of Crookston, et al., | ) | Court Reporter: Shaddix |
| | ) | Time Commenced: 1:30 p.m. |
| Defendants. | ) | Time Concluded: 4:30 p.m. |
| | ) | Time in Court: 3 Hours & 0 Minutes |

Hearing on: **Post-Trial Settlement Conference**
Held in Court Room 12W, Minneapolis, Minnesota

APPEARANCES:

Plaintiffs: Paula M. Jossart
Defendants: John E. Hennen
Michael T. Rengel

PROCEEDINGS:

☒ No settlement reached.

s/Victoria L. Miller
Judicial Assistant

M:\templates\CV-Misc.wpt Template Modified: 2/13/04