**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF BRIEF**
**AND PROPOSED ORDER**

I hereby certify that on June 11, 2004, I caused the following document:

**DEFENDANT CROOKSTON PUBLIC SCHOOL DISTRICT 593'S**
**BRIEF REGARDING ENTRY OF JUDGMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert T Dolan
rdolan@yjbv.com astaloch@yjbv.com;tolson@yjbv.com

Michael Thomas Rengel
m.rengel@ferguslaw.com s.blondeau@ferguslaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Ms. Paula M. Jossart
Yaeger, Jungbauer, Barczak & Vucinovich, PLC
745 Kasota Avenue
Minneapolis, MN 55414

Mr. John E. Hennen
League of Minnesota Cities
145 University Avenue West
St. Paul, MN 55103-2044

I further certify that I caused the proposed Order for Judgment to be filed with the court via e-mail to the following judge:

Ann D. Montgomery
montgomery_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed Order for Judgment to be mailed by first class mail, postage paid, as noted below, to the following:

Ms. Paula M. Jossart
Yaeger, Jungbauer, Barczak & Vucinovich, PLC
745 Kasota Avenue
Minneapolis, MN 55414

Mr. John E. Hennen
League of Minnesota Cities
145 University Avenue West
St. Paul, MN 55103-2044

Date: June 11, 2004

**s/ Michael T. Rengel**
Michael T. Rengel, No. 169432
PEMBERTON, SORLIE, RUFER &
KERSHNER, P.L.L.P.
Attorneys for Defendant ISD No. 593
110 North Mill Street, P.O. Box 866
Fergus Falls, Minnesota 56538-0866
Telephone: 218-736-5493

MTR:SB
2000-3306
6/11/2004