**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Reimer and Susan Reimer,
individually and as husband and wife,

Plaintiffs,

v.

**JUDGMENT IN A CIVIL CASE**
Civil No. 00-370 ADM/RLE

City of Crookston and
Crookston Public School District #593,

Defendants.

X Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED** that:

Judgment is entered for Plaintiffs and against Defendant Crookston Public School District #593, in the amount of $300,000, pursuant to the municipality liability limitation set forth in Minnesota Statutes § 466.04, subd. 1(a)(1), and in accordance with prior ruling of this Court. See Order of 11/14/03 at 7-8, 9 [Docket No. 121]. It is further ordered that execution of this judgment is stayed pending further order of the Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: June 18, 2004

SCANNED
JUN 18 2004
U.S. DISTRICT COURT MPLS