# EXHIBIT "A"

## BILL OF COSTS AND DISBURSEMENTS

### Medical/Exhibits

| Paid To | Description | Amount |
|---|---|---|
| MeritCare Clinic | Medical Records | $65.00 |
| Riverview Healthcare | Medical Records | $14.50 |
| Regions Hospital | Medical Records | $50.00 |
| Regions Hospital | Medical Records | $258.34 |
| MeritCare Clinic | Medical Records | $20.00 |
| MeritCare Clinic | Medical Records | $15.00 |
| Meritcare Medical Group | Medical Records | $20.00 |
| MeritCare Medical Group | Updated Records | $78.19 |
| MeritCare Medical Group/Dakota Heartland | Medical Records | $32.75 |
| MeritCare Medical Group | Updated Records | $59.75 |
| Great Plains EMS, Inc. | Medical Records | $25.00 |
| Orthopaedic Associates | Medical Records | $15.00 |
| Meritcare Medical Group | Medical Records | $78.50 |
| Sir Speedy | Photographs from Burn Unit | $78.00 |
| | **Total** | $810.03 |

### Witness Fees

| Paid To | Description | Amount |
|---|---|---|
| John King | Witness Fee and Mileage/parking | $278.02 |
| David Johnson | Witness Fee and Mileage/parking/subsistence | $425.27 |
| William Brinkman | Witness Fee and Mileage | $146.75 |
| | **Total** | $850.04 |

### Expert Witness Fees

| Paid To | Description | Amount |
|---|---|---|
| Regions Hospital | Dr. Lynn Solem Expert Testimony at trial | $800.00 |
| Materials Evaluation & Engineering, Inc. | Larry Hanke Expert testimony at Trial | $1,520.00 |
| | **Total** | $2,320.00 |

| ***Court Reporters - 39-C*** | | |
|---|---|---|
| Paid To | Description | Amount |
| Micky Zappa Court Reporter | Deposition of William Brinkman | $439.38 |
| Nelson Reporting | Deposition of Mary Poferl | $570.45 |
| Ruth Ann Johnson Reporting | Deposition of Ken Stromberg | $506.94 |
| Ruth Ann Johnson Reporting | Deposition of Ray Nelson | $978.51 |
| Ruth Ann Johnson Reporting | Depositions of John King | $488.22 |
| | **Total** | $2,983.50 |

| ***Miscellaneous*** | | |
|---|---|---|
| Paid To | Description | Amount |
| Clerk of Court | Filing Fee - Federal Court | $150.00 |
| Docket Fees | Federal Court 28 U.S.C Sec. 1828 | $20.00 |
| Metro Legal Services | Service Fee on Crookston Public School Dist. | $20.00 |
| | **Total** | $190.00 |

**Total Billable** $7,153.57