CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to Michael T. Rengel.

I also served the below mentioned attorney via U. S. Mail in Minneapolis, Minnesota, on June 25, 2004:

John E. Hennen
League of Minnesota Cities
145 University Avenue West
St. Paul, MN 55103