# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to Michael T. Rengel.

I also served the below mentioned attorney via U. S. Mail in Minneapolis, Minnesota, on June 28, 2004:

John E. Hennen
League of Minnesota Cities
145 University Avenue West
St. Paul, MN 55103

Patricia Olson

Patricia Olson

Subscribed and sworn to before me this
28th day of June, 2004.

Renae Webster

Notary Public

RENAE WEBSTER
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005