IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Civ. No. 00-370 (ADM/RLE)**

| | | |
|---|---|---|
| Robert Reimer and Susan Reimer, individually and as husband and wife, | ) | |
| Plaintiffs, | ) | PLAINTIFF'S MOTION TO AMEND JUDGMENT OR IN THE ALTERNATIVE FOR NEW TRIAL |
| v. | ) | |
| City of Crookston, Crookston Public School District #593, | ) | |
| Defendants. | ) | |

---

COMES NOW Plaintiffs, Robert and Susan Reimer, by and through their attorneys, and moves this Court for the following relief:

1. An order to amend the judgment to include the Defendant Cityof Crookston as liable to Plaintiffs for the judgment amount.

2. In the alternative, a new trial on the issue of whether the City of Crookston is liable for negligence by any party in furtherance of the joint enterprise.

Respectfully submitted,

**YAEGER, JUNGBAUER, BARCZAK & VUCINOVICH, PLC**

Dated: July 2, 2004

/s Robert T. Dolan
Don C. Aldrich, MSBA#191851
Paula M. Jossart, MSBA #0295292
Robert T. Dolan, MSBA#23346
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

**ATTORNEYS FOR PLAINTIFFS**