IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Civ. No. 00-370 (ADM/RLE)**

Robert Reimer and Susan Reimer, individually and as husband and wife,

Plaintiffs,

v.

City of Crookston, Crookston Public School District #593,

Defendants.

ORDER AMENDING JUDGMENT

---

Having heard the arguments of counsel, and in consideration of all matters on file, it is hereby ordered that the judgment entered on June 18, 2004 is hereby amended to add the Defendant City of Crookston liable to Plaintiffs for the judgment amount.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:__________________________

__________________________________

Judge, US District Court, Minnesota