**AFFIDAVIT OF SERVICE BY MAIL**

***Reimer v. City of Crookston, et. al***
Court File No. 00-CV-370-ADM/RLE

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

Debbie Larson, being first duly sworn on oath, deposes and says that on the 9th day of July, 2004, she served the attached document(s):

1. Defendant City Of Crookston=s Memorandum In Opposition To Plaintiff's Motion To Amend Judgment Or In The Alternative For A New Trial;
2. Proposed Order Denying Plaintiff's Motion To Amend Judgment Or In The Alternative For A New Trial; and

by faxing and depositing a copy of said documents in an envelope, postage prepaid, at St. Paul, Minnesota, addressed as follows:

**Paula M. Jossart, Esq.**
**Yaeger, Jungbauer, Barczak & Vucinovich**
**745 Kasota Avenue**
**Minneapolis, MN 55414**

**Michael T. Rengel, Esq.**
**Pemberton, Sorlie, Rufer & Kershner, P.L.L.P.**
**110 North Mill Street**
**Box 866**
**Fergus Falls, MN 56538-0866**

/s/ Debbie Larson
Debbie Larson

Subscribed and sworn to before me
this 9th day of July, 2004.

/s/ Susan Chilcott
Notary Public