UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-CV-370-ADM/RLE

Robert Reimer and Susan Reimer,
Individually and as husband and wife,

Plaintiffs,

vs.

City of Crookston and
Crookston Public School District #593,

Defendants.

**ORDER DENYING PLAINTIFF'S MOTION TO AMEND JUDGMENT OR IN THE ALTERNATIVE FOR A NEW TRIAL**

Having heard the arguments of counsel, and in consideration of all matters on file, it is hereby ordered that judgment entered on June 18, 2004 shall not be amended and Plaintiff's Motion to Amend Judgment or in the Alternative for a New Trial is denied.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: ________________________

____________________________________
Judge, US District Court, Minnesota