IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civ. No. 00-370 (ADM/RLE)

Robert Reimer and Susan Reimer, individually and as husband and wife,

Plaintiffs,

v.

City of Crookston and Crookston Public School District #593,

Defendants.

**SATISFACTION OF JUDGMENT**

The Judgment in the above entitled action entered June 18, 2004 by the Honorable Ann Montgomery in U.S. District Court, District of Minnesota, in favor of Robert Reimer and Susan Reimer, and against Defendant Crookston Public School District #593, has been satisfied in full as to Defendant Crookston Public School District #593. The U.S. District Court Administrator is hereby authorized and directed to satisfy the above-described Judgment of records.

Robert Reimer
Robert Reimer

Subscribed and sworn to before me this 1 day of July, 2004.

Leanne Olslund
Notary Public

LEANNE OLSLUND
Notary Public
State of North Dakota
My Commission Expires June 6, 2006

Susan Reimer

Subscribed and sworn to before me this 1 day of July, 2004.

Notary Public

LEANNE OLSLUND
Notary Public
State of North Dakota
My Commission Expires June 6, 2006

Dated: July 1, 2004

YAEGER, JUNGBAUER, BARCZAK & VUCINOVICH, PLC

for Paula M. Jossart

Paula M. Jossart, MSBA #0295292
Robert T. Dolan, MSBA #23346
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371
ATTORNEYS FOR PLAINTIFF