CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to Michael T. Rengel.

I also served the below mentioned attorney via U. S. Mail in Minneapolis, Minnesota, on July 14, 2004:

John E. Hennen
League of Minnesota Cities
145 University Avenue West
St. Paul, MN 55103

Melissa A. Mollick

Melissa A. Mollick

Subscribed and sworn to before me this
14th day of July, 2004.

Renae Webster

Notary Public

RENAE WEBSTER
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005