**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Reimer and Susan Reimer,
individually and as husband and wife,

Plaintiffs,

v.

**ORDER**
Civil No. 00-370 ADM/RLE

City of Crookston and
Crookston Public School District #593,

Defendants.

---

Paula M. Jossart, Esq., Yaeger, Jungbauer, Barczak & Vucinovich, PLC, Minneapolis, MN, on behalf of Plaintiffs

John E. Hennen, Esq., League of Minnesota Cities, St. Paul, MN, on behalf of Defendant City of Crookston.

---

This matter is now before the Court on Plaintiffs' Motion to Amend Judgment or in the Alternative for a New Trial [Docket No. 193]. On April 28, 2004, a jury returned a verdict finding no liability on the part of Defendant City of Crookston ("the City"), and specifically answered "No" to the interrogatory of whether the two Defendants operated as a joint enterprise with respect to "overall and routine maintenance, inspection or repair of the boiler" at issue. Plaintiffs seek to invalidate this portion of the verdict and hold the City liable.

Federal Rule of Civil Procedure 59 allows parties to move for a new trial or an alteration of a judgment. These avenues of relief are not warranted. This case and the matters relevant to the present Motion have been the subject of substantial discussion in previous rulings of the Court and do not require elaboration at this juncture. The question of joint enterprise is properly decided by the jury and

Plaintiffs cannot reasonably contest that the evidence they presented focused entirely on the operation and maintenance of the boiler as the source of the harm to Plaintiffs. See Hansen v. St. Paul Metro Treatment Ctr., Inc., 609 N.W.2d 625, 629 (Minn. Ct. App. 2000). Plaintiffs chose to pursue the case against two distinct entities such that two statutory damage caps, rather than a single limit, would apply. The relative negligence has been allocated by the jury and Plaintiffs are not entitled to retry these issues.

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend Judgment or in the Alternative for a New Trial [Docket No. 193] is **DENIED**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: July 23, 2004.