IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Civ. No. 00-370 (ADM/RLE)**

Robert Reimer and Susan Reimer, individually and as husband and wife,

Plaintiffs,

v.

City of Crookston, Crookston Public School District #593, Johnson Controls, Inc. and KRISS Premium Products, Inc.

Defendants.

---

**PLAINTIFF'S NOTICE OF APPEAL**

---

Notice is hereby given that Robert Reimer and Susan Reimer, Plaintiffs in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the judgment entered on June 18, 2004, and the Order of the Court issued July 23, 2004.

Respectfully submitted,

**YAEGER, JUNGBAUER, BARCZAK & VUCINOVICH, PLC**

Dated: August 19, 2004

Don C. Aldrich, (191851) *Of Counsel*
Paula M. Jossart (0295292)
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

**ATTORNEYS FOR PLAINTIFFS**

SCANNED
AUG 20 2004
U.S. DISTRICT COURT MPLS

*Law Offices of*

YJBV

**Yaeger, Jungbauer, Barczak & Vucinovich**

*a professional limited liability company*

**Don C. Aldrich**
OF COUNSEL
daldrich@yjbv.com

**Paula M. Jossart**
ATTORNEY AT LAW
PJossart@yjbv.com

Paralegal
Cecilia A. Mazique
CMazique@yjbv.com

Legal Secretary
Tricia R. Olson
TOlson@yjbv.com

745 KASOTA AVENUE
MINNEAPOLIS, MN 55414-2842

**Office: 612/333-6371**
**Toll Free:1-800-435-7888**
**Toll Free:1-800-243-4253**
**Fax: 612/333-3619**
**Website:http://www.yjbv.com**

RECEIVED
04 AUG 20 PM 12:23
CLERK ...

August 19, 2004

Clerk of Court
United States District Court
United States Courthouse
300 South Fourth Street, Suite 202
Minneapolis, Minnesota 55415

RE: Reimer v. City of Crookston, et al,
Civ. No. 00-370 (ADM/RLE)

Greetings:

Enclosed please find Plaintiffs/Appellants Robert and Susan Reimer's Notice of Appeal and Form A. By copy of this letter, attorney for Defendant/Appelle has been sent same.

Please contact me with any questions or concerns.

Very truly yours,

Don C. Aldrich

cc: Mr. John E. Hennen
Enclosures