Fri Aug 20 12:28:48 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 432499
Cashier deborah

Check Number: 125614

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

YAEGER, JUNGBAUER, ET AL/ 00CV370

APPEAL TO THE 8TH CIRCUIT

SCANNED
AUG 2 0 2004
U.S. DISTRICT COURT MPLS