U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ________________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
| --- | --- |
| ROBERT REIMER & SUSAN REIMER individually AND AS HUSBAND AND WIFE<br>Appellant/~~Appellee,~~<br>vs. | DON C. ALDRICH<br>745 KASOTA AVE SE<br>MINNEAPOLIS MN 55414<br>(612) 333 6371 |
| CITY OF CROOKSTON<br>~~Appellant/~~Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>JOHN E. HENNEN<br>145 UNIVERSITY AVE WEST<br>ST. PAUL, MN 55103<br>(651) 251 1268 |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). ( ) Yes. (X) No.

1) Whether Court ERRED IN INSTRUCTING JURY ON JOINT ENTERPRISE

2) Whether Court ERRED IN ENTERING JUDGMENT AGAINST ONE PARTY

FOR LEAD COUNSEL ONLY

I X have (___ have not) discussed settlement possibilities on appeal with my client.
This appeal ___ is ( X is not) amenable to settlement.

Submitted by: [signature] 8/19/04
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may also be obtained electronically at : www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

SCANNED
AUG 20 2004
U.S. DISTRICT COURT MPLS