IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Civ. No. 00-370 (ADM/RLE)**

| | |
|---|---|
| Robert Reimer and Susan Reimer, | ) |
| individually and as husband and wife, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| City of Crookston, | ) |
| Crookston Public School District #593, | ) |
| Johnson Controls, Inc. and KRISS Premium | ) |
| Products, Inc. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFs/APPELLANTS' STATEMENT OF ISSUES**

For their Statement of Issues on Appeal, Plaintiffs/Appellants do hereby state as follows:

1. Whether the Court erred in its instructions to the jury and on the special verdict form concerning a joint enterprise.

2. Whether the Court erred in refusing to rule that a joint enterprise had been formed as a matter of law, either prior to trial or post verdict.

3. Whether the Court erred in reducing the damages award.

SCANNED
AUG 31 2004
U.S. DISTRICT COURT MPLS

Dated: August 30, 2004

**YAEGER, JUNGBAUER, BARCZAK & VUCINOVICH, PLC**

Don C. Aldrich, (191851) *Of Counsel*
Paula M. Jossart (0295292)
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

**ATTORNEYS FOR PLAINTIFFS**

*Law Offices of*

YJBV

**Yaeger, Jungbauer, Barczak & Vucinovich**

*a professional limited liability company*

**Don C. Aldrich**
OF COUNSEL
daldrich@yjbv.com

**Paula M. Jossart**
ATTORNEY AT LAW
PJossart@yjbv.com

Paralegal
Cecilia A. Mazique
CMazique@yjbv.com

Legal Secretary
Tricia R. Olson
TOlson@yjbv.com

745 Kasota Avenue
Minneapolis, MN 55414-2842

**Office: 612/333-6371**
**Toll Free:1-800-435-7888**
**Toll Free:1-800-243-4253**
**Fax: 612/333-3619**
**Website:http://www.yjbv.com**

RECEIVED
BY U.S. MAIL
2004 AUG 31 AM 9: 12
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

August 30, 2004

Clerk of Court
United States District Court
United States Courthouse
300 South Fourth Street, Suite 202
Minneapolis, Minnesota 55415

RE: Reimer v. City of Crookston, et al,
Civ. No. 00-370 (ADM/RLE)

Greetings:

Enclosed please find Plaintiffs/Appellants Robert and Susan Reimer's Certificate of Transcript and a copy of the order of same, and the Statement of Issues. By copy of this letter, attorney for Defendant/Appelle has been sent same.

I have contacted the EFC to get my password to electronically file these documents, so I hope they have been filed by the time you get this.

Very truly yours,

Don C. Aldrich

cc: Mr. John E. Hennen
Enclosures