IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Civ. No. 00-370 (ADM/RLE)**

Robert Reimer and Susan Reimer, )
individually and as husband and wife, )
)
Plaintiffs, )
)
)
v. )
)
)
City of Crookston, )
Crookston Public School District #593, )
Johnson Controls, Inc. and KRISS Premium )
Products, Inc. )
)
Defendants. )

**PLAINTIFF'S CERTIFICATE OF TRANSCRIPT**

Plaintiff/Appellant Robert and Susan Reimer hereby certify that on August 25, 2004, the following transcript was ordered:

All proceedings in the Court during the liability portion of trial, April 20, 2004 through April 26, 2004

by contacting the court reporter, Mr. Tim Willette, and arranging for payment therefore.

Plaintiff has attempted to order the transcript for the proceedings of October 17, 2003 summary judgment [Dkt. 120], but the court reporter has left the employ of the federal government, and may not be able to produce the transcription.

SCANNED
AUG 31 2004
U.S. DISTRICT COURT MPLS

Dated: August 30, 2004

**YAEGER, JUNGBAUER, BARCZAK & VUCINOVICH, PLC**

Don C. Aldrich, (191851) *Of Counsel*
Paula M. Jossart (0295292)
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

**ATTORNEYS FOR PLAINTIFFS**

Law Offices of

YJBV

**Yaeger, Jungbauer, Barczak & Vucinovich**

*a professional limited liability company*

**Don C. Aldrich**
OF COUNSEL
daldrich@yjbv.com

**Paula M. Jossart**
ATTORNEY AT LAW
PJossart@yjbv.com

Paralegal
Cecilia A. Mazique
CMazique@yjbv.com

Legal Secretary
Tricia R. Olson
TOlson@yjbv.com

745 Kasota Avenue
Minneapolis, MN 55414-2842

**Office: 612/333-6371**
**Toll Free:1-800-435-7888**
**Toll Free:1-800-243-4253**
**Fax: 612/333-3619**
**Website:http://www.yjbv.com**

August 30, 2004

Clerk of Court
Mr. Tim Willete
1050 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

RE: Reimer v. City of Crookston, et al,
Civ. No. 00-370 (ADM/RLE)

Dear Mr. Willette,

Thank you for speaking with me on August 25, 2004 about the transcript of this matter. You agreed to transcribe all proceedings during the liability portion of the proceedings, April 19, 2004 through April 26, 2004, exclusive of jury selection. This does include the motions in limine, any proceedings during the period, jury instruction conference, etc.

I have agreed that you will be paid on completion of the transcription. You are going to provide the transcription in a minuscript and electronic format. You believe you will be able to begin working on the matter in roughly two weeks.

I thank you for your time and attention. Please feel free to contact me with any concerns or questions.

Sincerely,

Don C. Aldrich

cc: Mr. John E. Hennen
enc.