UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

September 15, 2004

00-370 ADM/RLE

Mr. Don Charles Aldrich
Ms. Paula M. Jossart
YAEGER & JUNGBAUER
745 Kasota Avenue
Minneapolis, MN 55415

Re: 04-3233 Robert Reimer, et al. vs. City of Crookston

Dear Counsel:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court, together with notification of payment of the docket fee. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html . The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.
(5052-010199)

SCANNED
SEP 22 2004
U.S. DISTRICT COURT MPLS

Michael E. Gans
Clerk of Court

jmb

Enclosure(s)

cc: John E. Hennen
Tim Willette, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 00-370 ADM/RLE

September 15, 2004
Case Number: 04-3233

District Court/Agency Case Number(s): CIV 00-370 ADM/RLE

ROBERT REIMER; SUSAN REIMER,
individually and as husband and wife

Plaintiffs - Appellants

v.

CITY OF CROOKSTON;

Defendant - Appellee

CROOKSTON PUBLIC SCHOOL DISTRICT #593;
JOHNSON CONTROLS, INC.; KRISS PREMIUM
PRODUCTS, INC.
Defendants

(5072-010199)