LAW OFFICES OF

**YAEGER JUNGBAUER & BARCZAK, PLC**

YJB

September 29, 2004

RECEIVED
BY U.S. MAIL
2004 SEP 30 AM 9:12
U.S. DIST COURT
MINNEAPOLIS, MN

Clerk of Court
U. S. District Court
300 South Fourth Street
Second Floor
Minneapolis, MN 55415

**RE: Reimer v. City of Crookston, et al.**
**Court File No.: 00-CV-370 ADM/RLE**

**Paula M. Jossart**
ATTORNEY AT LAW
PJossart@yjbv.com

Paralegal
Cecilia A. Mazique
CMazique@yjbv.com

Legal Secretary
Tricia R. Olson
TOlson@yjbv.com

Dear Sir/Madam:

Please be advised we are withdrawing our Bill of Costs against the City of Crookston under docket #189 concerning the above-stated matter.

If you have any questions, please give my office a call. Thank you.

Best regards,

**YAEGER, JUNGBAUER & BARCZAK, PLC**

Paula M. Jossart

PMJ/tlo

745 Kasota Avenue
Minneapolis, MN 55414-2842

**Office: 612/333-6371**
**Toll Free:1-800-435-7888**
**Toll Free:1-800-243-4253**
**Fax: 612/333-3619**
**Website:http://www.yjbv.com**

SCANNED
SEP 30 2004
U.S. DISTRICT COURT MPLS