# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

## TRANSMITTAL INFORMATION SHEET

**Date:** November 3, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Gloria Schneider, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 00-370 ADM/RLE
Eighth Circuit Case No.: 04-3233
Case Title: Robert Reimer et al vs City of Crookston et al

---

TRANSMITTED HEREWITH:

9 Original File(s), consisting of  file(s).

9 Two certified copies, and one uncertified copy of updated docket sheet from

9 Designated Clerk's Record #

9 Other:

: Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** | | | |
|---|---|---|---|---|---|
| **1** | **4/19/04** | **Jury Trial - Day 1** | **Vol 5** | **4/26/04** | **Jury Trial - Day 5** |
| **2** | **4/20/04** | **Jury Trial - Day 2** | | | |
| **3** | **4/21/04** | **Jury Trial - Day 3** | | | |
| **4** | **4/22/04** | **Jury Trial - Day 4** | | | |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ____________________