LMC
League of Minnesota Cities
Cities promoting excellence

**League of Minnesota Cities**
145 University Avenue West, St. Paul, MN 55103-2044
(651) 281-1200 • (800) 925-1122
Fax: (651) 281-1299 • TDD: (651) 281-1290
www.lmnc.org

RECEIVED U.S. MAIL NOV 1 2005 U.S. DIST COURT MPLS, MN

**LMCIT Fax: 651.281.1298**
**Direct Dial: 651.281.1268**

October 31, 2005

Clerk of Court
U.S. District Court
300 South Fourth Street
Suite 202
Minneapolis, MN 55415

**Re:** ***Robert Reimer v. City of Crookston, et. al***
**Court File No. 00-CV-370 (ADM/RLE)**
**Our File No. 1391**

Dear Clerk of Court:

Enclosed with this letter are copies of my correspondence to Attorney Paula Jossart and a copy of Defendant Appellee City of Crookston's Satisfaction of Judgment. Please note that these are courtesy copies. Defendant Appellee City of Crookston has tendered $300,000 and Plaintiff Appellant has agreed to execute a Satisfaction of Judgment. I am providing you with this courtesy copy so that the District Court will not need to go through the additional trouble or expense of issuing an order for judgment in this matter. As soon as the Satisfaction of Judgment is executed by Plaintiff Appellants, the original will be forwarded to the Court and the District Court will then be able to close its file.

If you have any questions or concerns, please feel free to contact me or Attorney Paula Jossart.

Sincerely yours,

John E. Hennen
Attorney at Law

JEH/tls

Enc.

c: Paula M. Jossart, Esq.
Betty Arvidson, City Clerk
Mark Rossow - 11030067

SCANNED
NOV - 1 2005
U.S. DISTRICT COURT MPLS