LMC
League of Minnesota Cities
Cities promoting excellence

**League of Minnesota Cities**
145 University Avenue West, St. Paul, MN 55103-2044
(651) 281-1200 • (800) 925-1122
Fax: (651) 281-1299 • TDD: (651) 281-1290
www.lmnc.org

RECEIVED BY MAIL NOV 2005 AM 10:28 U.S. DIST COURT MINNEAPOLIS, MN

**LMCIT Fax: (651) 281-1298**
**Direct Dial: (651) 281-1268**

October 28, 2005

Paula M. Jossart, Esq.
Yaeger, Jungbauer, & Barczak, P.L.C.
745 Kasota Avenue
Minneapolis, MN 55414

**COPY**

Re: ***Robert Reimer v. City of Crookston, et al***
**Our File No. 1391**

Dear Ms. Jossart:

Per my letter to you dated October 25,2005 and your reply via fax dated October 26, 2005 in which you requested that we forward to you one $300,000 check payable to Robert and Susan Reimer and your law firm, enclose is a check in the amount of $300,000, and a Satisfaction of Judgment. Please execute the Satisfaction of Judgment and return it to me so that I may file it with District Court.

Thank you for your anticipated assistance.

Sincerely yours,

John E. Hennen
Attorney at Law

JEH:tls

Enc.

c: Mark Rossow, #11030067
[redacted]

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

RECEIVED BY U.S. MAIL NOV 1 2005 U.S. DIST COURT MINNEAPOLIS, MN

| | | |
|---|---|---|
| Robert Reimer and Susan Reimer, individually and as husband and wife,<br><br>Plaintiffs - Appellants,<br><br>vs.<br><br>City of Crookston,<br>Defendant – Appellee,<br><br>Crookston Public School District #593, Johnson Controls, Inc., Kriss Premium Products, Inc.<br><br>Defendants. | ) | Case No. 04-3233 |

COPY

**DEFENDANT/APPELLEE CITY OF CROOKSTON'S SATISFACTION OF JUDGMENT**

Plaintiffs/Appellants Robert Reimer and Susan Reimer, the undersigned judgment creditors certify that pursuant to the decision of the Eighth Circuit Court of Appeals, filed on August 30, 2005 (Petition for rehearing denied October 21, 2005) that judgment shall be entered and docketed in Federal District Court, District of Minnesota in favor of Plaintiffs/Appellants and against Defendant/Appellee City of Crookston in the amount of Three Hundred Thousand Dollars ($300,000).

Plaintiffs/Appellants Robert Reimer and Susan Reimer, the undersigned judgment creditors certify that Judgment in the amount of $300,000 has been satisfied in full and the Clerk of District Court for the District of Minnesota is authorized to discharge that judgment of record.

Date: ____________________

By:______________________________
Robert Reimer, Plaintiff

By:______________________________
Susan Reimer, Plaintiff

and

By:______________________________
Paula M. Jossart, Plaintiff's Attorney
Atty. Reg. No.0295292