IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Robert Reimer and Susan Reimer, individually and as husband and wife, Plaintiffs, | ) | **File No. CV-00370-ADM-RLE** (Eighth Cir. No. 04-3233) |
| v. | ) | **PLAINTIFF/APPELLANTS' MOTION TO TAX COSTS** |
| City of Crookston and Crookston Public School District #593, Defendants. | ) | |

---

COME NOW APPELLANTS Robert and Susan Reimer who move the court pursuant to Fed. R. App. P. 39 to tax costs as follows:

| | |
|---|---|
| Cost of Transcript | $2,220.90 |
| Cost of Filing | $ 255.00 |
| TOTAL COSTS CLAIMED | $2,475.90 |

I hereby verify the attached Receipts/Proof of Payment are true and correct copies of the original documents, and represent the actual expenses incurred and paid in preparation of the appeal.

Respectfully submitted,

YAEGER, JUNGBAUER,
& BARCZAK, PLC

/s Don C. Aldrich
Don C. Aldrich (191851)
*Of Counsel*
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371
daldrich@yjblaw.com

Dated: November 1, 2005

ATTORNEYS FOR APPELLANTS/PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*Robert and Susan Reimer,*
*Husband and Wife,*

Plaintiff

v.

*City of Crookston,*
Defendant

**CERTIFICATE OF SERVICE**

Case No.: CV-00370-ADM-RLE
(Eighth Cir. No. 04-3233)

I hereby certify that on (date), I caused the following documents:

Plaintiff/Appellant's Motion to Tax Costs of Appeal, Receipts in Support

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John E Hennen
League of Minnesota Cities
145 University Ave W
St Paul, MN 55103
651-281-1268
Fax: 651-281-1298
Email: jhennen@lmnc.org

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated: November 1, 2005

**s/ Don C. Aldrich**
Don C. Aldrich (191851)
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

**ATTORNEYS FOR PLAINTIFFS**