125614

**YAEGER, JUNGBAUER, BARCZAK & VUCINOVICH**
745 KASOTA AVE.
MINNEAPOLIS, MN 55414

**BREMER BANK, NATIONAL ASSN.**
ST. PAUL, MN 55101
75-1041-960

| DATE | CHECK | AMOUNT |
|---|---|---|
| 08/17/04 | | ****$255.00 |

P 08/25/2004 6 7 440375426 7493 226

PAY *** TWO HUNDRED FIFTY-FIVE & 00/100 DOLLARS

TO THE ORDER OF: U.S. District Court Minnesota

Security Features Included. Details on back.

MP

⑈125614⑈ ⑆096010415⑆ 0818300958⑈ ⑈0000025500⑈

P 08/25/2004 440375426 7493 226

Fri Aug 20 12:28:38 2004
Check No. 125614
Amount$ 255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4641

08262004

06

0538009087180
08262004
0910-0008
ENT=0404 TRC PK 07
>091000080< 08/25/2004

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

00004641-7
Pay any Federal Reserve
Bank or Branch or
General depository for credit
To the U.S. Treasury
Richard D. Sletten
Clerk, U.S. District Court

133046

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 12040 Brenda L. Fauber | | | | | |
| 05/18/05 | Jeffrey Niemiec - Appeal Transcripts | 561 | 2,220.90 | | 2,220.90 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | |
|---|---|---|---|
| 06/29/05 | 133046 | Gross: 2,220.90 Ded: 0.00 Net: 2,220.90 | |

YJB

**YAEGER, JUNGBAUER & BARCZAK, PLC**
745 KASOTA AVE.
MINNEAPOLIS, MN 55414

**BREMER BANK, NATIONAL ASSN.**
ST. PAUL, MN 55101
75-1041-960

133046

| DATE | CHECK | AMOUNT |
|---|---|---|
| 06/29/05 | | **$2,220.90 |

PAY

*** TWO THOUSAND TWO HUNDRED TWENTY & 90/100 DOLLARS

TO THE ORDER OF:

Brenda L. Fauber
111 S 18th Plaza, Ste 3129
Omaha NE 68102-1322

MP

Security Features Included. Details on back.

⑈133046⑈ ⑆096010415⑆ 0818300958⑈