# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-3233

| | | |
|---|---|---|
| Robert Reimer and Susan Reimer, individually and as husband and wife, | * | 00cv 370 ADM/RLE |
| Appellants, | * | Appeal from the United States District Court for the District of Minnesota |
| vs. | * | |
| City of Crookston, | * | |
| Appellee, | * | |
| Crookston Public School District #593, Johnson Controls, Inc., Kriss Premium Products, Inc., | * | |
| Defendants. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

August 30, 2005

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 4, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-3233 Robert Reimer vs. City of Crookston

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Michael E. Gans
Clerk of Court

mer

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Ann D. Montgomery
Don Charles Aldrich
Paula M. Jossart
John E. Hennen
Clifford M. Greene
John Michael Baker
Pamela Lee VanderWiel

District Court/Agency Case Number(s): CIV 00-370 ADM/RLE

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS