IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Robert Reimer and Susan Reimer, individually and as husband and wife, Plaintiffs, | ) | **File No. CV-00370-ADM-RLE** (Eighth Cir. No. 04-3233) |
| v. | ) | **SATISFACTION OF JUDGMENT** |
| City of Crookston and Crookston Public School District #593, Defendants. | ) | |

PLEASE TAKE NOTICE that Defendant above named City of Crookston has fully satisfied that judgment, ordered to be entered in this court by the Eighth Circuit Court of Appeals, by paying the amounts due in full to Plaintiffs Robert and Susan Reimer.

Respectfully submitted,

YAEGER, JUNGBAUER,
& BARCZAK, PLC

/s Don C. Aldrich
Don C. Aldrich (191851)
*Of Counsel*
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371
daldrich@yjblaw.com

Dated: November 17, 2005

ATTORNEYS FOR APPELLANTS/PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*Robert and Susan Reimer,*
*Husband and Wife,*

Plaintiff

v.

*City of Crookston,*
Defendant

**CERTIFICATE OF SERVICE**

Case No.: CV-00370-ADM-RLE
(Eighth Cir. No. 04-3233)

I hereby certify that on (date), I caused the following documents:

Plaintiff's Notice of Satisfaction of Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John E Hennen
League of Minnesota Cities
145 University Ave W
St Paul, MN 55103
651-281-1268
Fax: 651-281-1298
Email: jhennen@lmnc.org

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated: November 17, 2005

**s/ Don C. Aldrich**
Don C. Aldrich (191851)
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

**ATTORNEYS FOR PLAINTIFFS**