IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Civ. No. 00-370 (ADM/RLE)**

Robert Reimer and Susan Reimer, individually and as husband and wife,

Plaintiffs,

v.

City of Crookston and Crookston Public School District #593,

Defendants.

ORDER FOR JUDGMENT

---

The Eighth Circuit Court of Appeals having ordered judgment of $300,000 be entered in this matter in favor of Plaintiffs Robert and Susan Reimer and against Defendant City of Crookston, and the parties having stipulated to $3,009.71 in appeal costs, IT IS HEREBY ORDERED that judgment be entered in the amount of $303,009.71 in favor of Plaintiffs Reimer and against Defendant City of Crookston.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 9, 2005

s/Ann D. Montgomery
The Honorable Ann D. Montgomery
United States Judge for the District of Minnesota