AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Robert Reimer and Susan Reimer individually and as husband and wife

V.

City of Crookston and Crookstone Public School District #593

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-370 ADM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment is entered in the amount of #303,009.71 in favor of Plaintiff's Reimer and against Defendant City of Crookston.

December 12, 2005
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk