UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
FEDERAL COURT BUILDING
316 NORTH ROBERT STREET
ST. PAUL MINNESOTA 55101

MICHAEL E. GANS
Clerk of Court

TELEPHONE
(651) 848-1300

January 6, 2006

RECEIVED
JAN 06 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-3233 Robert Reimer vs. City of Crookston
District Court/Agency Case Number(s): CIV 00-370 ADM/RLE

Dear Mr. Sletten:

We are returning five volumes of transcript as the above-styled appeal has been mandated by the United States Court of Appeals for the Eighth Circuit.

If you have any questions or concerns, please call us.

(5203-010199)

Sincerely,

MICHAEL E. GANS, CLERK

by [signature]
Deputy Clerk

cyz

Enclosure(s)

JAN 11 2006