# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-3233

| | | |
|---|---|---|
| Robert Reimer, etc., et al., | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| City of Crookston, | * | |
| | * | |
| Appellee. | * | |

Appellants' motion for bill of costs has been considered by the Court and is denied.

January 19, 2006

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
JAN 23 2006
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 19, 2006

RECEIVED
BY MAIL

JAN 23 2006

CLERK US DIST COURT
MINNEAPOLIS

Mr. Don Charles Aldrich
YAEGER & JUNGBAUER
745 Kasota Avenue
Minneapolis, MN 55415

Re: 04-3233 Robert Reimer vs. City of Crookston

Dear Counsel:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Paula M. Jossart
John E. Hennen
Clifford M. Greene
John Michael Baker
Pamela Lee VanderWiel
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 00-370 ADM/RLE